IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAUL GARZA, JR.

     Plaintiff,                     No. 2:11-cv-3010 GGH P

   vs.

W. KNIPP, Warden,                  ORDER

     Defendant.

_____/

        By order filed July 12, 2012, the court granted plaintiff thirty days to file an amended complaint. The court also granted plaintiff thirty days to file a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint. In the July 12th order, the court informed plaintiff of the deficiencies in his complaint. The thirty-day period has now expired and plaintiff has submitted the requisite affidavit to be permitted to proceed in forma pauperis (see 28 U.S.C. § 1915(a)), and his request to proceed in forma pauperis is granted. However, plaintiff has not filed an amended complaint. The court will nevertheless extend the time to afford plaintiff one further opportunity to file an amended complaint.

        Plaintiff is required to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. §§ 1914(a), 1915(b)(1). By this order, plaintiff will be assessed an initial partial filing fee

1

1  in accordance with the provisions of 28 U.S.C. § 1915(b)(1).  By separate order, the court will

2  direct the appropriate agency to collect the initial partial filing fee from plaintiff's trust account

3  and forward it to the Clerk of the Court.  Thereafter, plaintiff will be obligated for monthly

4  payments of twenty percent of the preceding month's income credited to plaintiff's prison trust

5  account.  These payments will be forwarded by the appropriate agency to the Clerk of the Court

6  each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full.  28

7  U.S.C. § 1915(b)(2).

8           Accordingly, IT IS ORDERED that:

9           1.  Plaintiff's request for leave to proceed in forma pauperis is granted.

10          2.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.

11 Plaintiff is assessed an initial partial filing fee in accordance with the provisions of 28 U.S.C.

12 § 1915(b)(1).  All fees shall be collected and paid in accordance with this court's order to the

13 Director of the California Department of Corrections and Rehabilitation filed concurrently

14 herewith.

15          3.  Plaintiff is granted a twenty-eight day extension of time to file an amended

16 complaint; there will be no further extension of time to do so, and plaintiff's failure to file an

17 amended complaint will result in a recommendation of dismissal of this action.

18 DATED: August 27, 2012

19
                              /s/ Gregory G. Hollows
20                         UNITED STATES MAGISTRATE JUDGE

21 GGH:009
   garz3010.ord