IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAUL GARZA, Jr.,

    Plaintiff,        No.  2:11-cv-3010 GGH P

    vs.

W. KNIPP, Warden

    Defendants.    <u>ORDER</u>

_____/

    Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed.[1]  Defendants have not made an appearance.  Pursuant to Fed. R. Civ. P. 41(a), the action is dismissed.

    Accordingly, the Clerk of Court shall close this case.

DATED: September 18, 2012

                    /s/ Gregory G. Hollows
              UNITED STATES MAGISTRATE JUDGE

GGH:009/mp
garz3010.59

---

[1] In seeking voluntary dismissal of this case, plaintiff states that he wishes to proceed on the in forma pauperis status he was granted in the instant case in another case with a new case number. Plaintiff must file a new complaint in order to receive a new case number and must file with any new complaint a separate in forma pauperis affidavit if he seeks leave in a different case to proceed in forma pauperis.